

**STEIN & NIEPORENT LLP**
1441 Broadway, Suite 6090
New York, NY 10018
(212) 308-3444 Main
(212) 836-9595 Fax
www.steinllp.com

David Stein: DSTEIN@STEINLLP.COM
(admitted in NY, NJ, PA, DC, IL)

David Nieporent: DNIEPORENT@STEINLLP.COM
(admitted in NY, NJ)

**MEMO ENDORSED**

October 27, 2024

**VIA ECF**

Hon. Jessica G. L. Clarke, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007

Re:   **Toro v. Dean & Tyler, Inc.**
      *Case No. 23-cv-6879 (JGLC) (JW)*

Dear Judge Clarke:

We represent defendant Dean & Tyler, Inc., in the above-referenced ADA website accessibility case, and write to request that tomorrow's in-person case management conference — which was originally set for October 24, and which Your Honor then adjourned at our request — be either adjourned or converted to a telephonic conference. The reason for our request is that, because we were closed last week for religious observance and had to adjourn other conferences, we have several other matters tomorrow afternoon that make it logistically impossible for us to be in the Southern District in person tomorrow afternoon.

We apologize for the last minute nature of this request, but because of our office's closure last week, we therefore did not see the Court's Order resetting the conference for tomorrow until we returned to the office today.

We would respectfully point out to the Court that — as per the status letter filed by the parties on October 23 — there are no discovery disputes at this time, and expert discovery in this matter is set to close on November 25; as such it might be more efficient to hold this conference in a month after expert discovery has closed.

We thank the Court for its attention to this matter.  We are available at Your Honor's convenience should the Court have any questions regarding the foregoing.

Respectfully submitted,

David Stein

cc:  Mars Khaimov, Esq. (via ECF)

---

Application GRANTED. The conference scheduled for today is adjourned sine die. Any motion for summary judgment or *Daubert* motion is due January 17, 2025, any opposition is due February 14, 2025, and any reply is due February 28, 2025. The Court will not extend these deadlines absent extraordinary circumstances. The Clerk of Court is directed to terminate the letter motion at ECF No. 28.

Dated: October 28, 2024
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge