UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JASMINE TORO, *on behalf of herself and all others similarly situated*,

Plaintiff,

-against-

DEAN & TYLER, INC.,

Defendant.

23-CV-6879 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

By order dated January 21, 2025, this Court denied the parties' request for an additional extension of time to file summary judgment motions based on a failure to demonstrate extraordinary circumstances. ECF No. 31. Accordingly, because this matter will be proceeding to trial, the parties are HEREBY DIRECTED to appear for a case management conference on **May 1, 2025 at 3:30 PM** in Courtroom 11B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York. In addition, the parties shall file a joint letter—as contemplated by Paragraph 12 of the previously entered case management order (*see* ECF No. 23 at 3)—by **April 24, 2025**.

Dated:  April 3, 2025
New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge